UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

For Online Publication Only

-----------------------------------------------------------------------X
THOMAS KLOS,

                          Plaintiff,

- against -

JOHN BLIGH, CHESTER CLARK, KARISSA
KARN, ROBERT PHANEUF, JOHN DOE, THE
LEGAL AID SOCIETY OF NASSAU COUNTY,
JANE DOE, and CHILD PROTECTIVE SERVICES,
*each in their official and individual capacities*,

                          Defendants.
-----------------------------------------------------------------------X

**ORDER**

13-CV-5449 (JMA) (ARL)

**AZRACK, United States District Judge:**

       Before the Court is defendants' motion to dismiss this § 1983 action with prejudice due to plaintiff's alleged failure to comply with the Honorable Sandra F. Feuerstein's order dated July 31, 2014. Among other things, Judge Feuerstein's order: (1) allowed plaintiff's claims against certain defendants to proceed; (2) dismissed plaintiff's claims against certain defendants with prejudice; and (3) permitted plaintiff to file an amended complaint within 30 days to name Nassau County as a defendant. Plaintiff never filed an amended complaint.[1]

       The Court denies defendants' motion to dismiss this action in its entirety with prejudice. Judge Feuerstein ruled that plaintiff's claims against defendants Bligh, Clark, Karn and Phaneuf in their individual capacities could proceed and did not condition those claims on the filing of an amended complaint. (July 31, 2014 Order at 11.) Thus, dismissal of this action in its entirety is not warranted.

       A telephone status conference is hereby scheduled for October 23, 2015 at 12:00 noon. Defense counsel shall initiate the conference call and contact my chambers at (718) 613-2530

---

[1] Plaintiff appealed Judge Feuerstein's July 31, 2014 order, but his appeal was eventually dismissed and his efforts to revive it have been unsuccessful.

when all parties are on the line. The Clerk of Court is directed to mail a copy of this order to pro se plaintiff.

**SO ORDERED.**

/s/ (JMA)
JOAN M. AZRACK
United States District Judge

Dated: September 30, 2015
Central Islip, New York